IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GOLD CROSS EMS, INC., | * | |
| Plaintiff, | * | |
| v. | * | CV 117-169 |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, | * | |
| Defendant. | * | |

O R D E R

Before the Court is the parties' stipulation of dismissal. (Doc. 9.) The stipulation is signed by all parties remaining in the case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** the case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of January, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA